# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**July 20, 2010**

| | | |
|---|---|---|
| 29574 | Milnes v. Dick Pacific Const. Co., Ltd. | Affirmed |

**July 21, 2010**

| | | |
|---|---|---|
| 29907 | Jardine v. State | Affirmed |

**July 22, 2010**

| | | |
|---|---|---|
| 28430 | State v. Freitas | Vacated and Remanded |

**July 26, 2010**

| | | |
|---|---|---|
| 29571 | Eric Johns Peck Trust v. Rullo | Affirmed |
| 28255 | State v. Chamberlain | Affirmed |

**July 27, 2010**

| | | |
|---|---|---|
| 30047 | State v. Duran | Affirmed |

**July 28, 2010**

| | | |
|---|---|---|
| 28422 | Lau v. Thompson | Affirmed |

**July 29, 2010**

| | | |
|---|---|---|
| 29380 | Elder v. Elder | Reversed |
| 29752 | State v. Tia | Affirmed |

**July 30, 2010**

| | | |
|---|---|---|
| 29876 | State v. Apo | Affirmed |
| 28343 | State v. Char | Vacated and Remanded |